IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-00451-MEH

CITY OF CAMBRIDGE RETIREMENT SYSTEM, Derivatively on Behalf of THE WESTERN UNION COMPANY,

      Plaintiff,

v.

DINYAR S. DEVITRE,
HIKMET ERSEK,
RICHARD A. GOODMAN,
JACK M. GREENBERG,
BETSY D. HOLDEN,
LINDA FAYNE LEVINSON,
ROBERTO G. MENDOZA,
MICHAEL A. MILES,
WULF VON SCHIMMELMANN,
SOLOMON D. TRUJILLO,
JOHN R. DYE,
SCOTT T. SCHEIRMAN, and
STEWART A. STOCKDALE,

      Defendants,

-and-

THE WESTERN UNION COMPANY,

      Nominal Defendant.

## ORDER TRANSFERRING CASE

**Michael E. Hegarty, U.S. Magistrate Judge**

After conferring with the Honorable Marcia S. Krieger, Chief United States District Judge for the District of Colorado, as required by D.C.COLO.LCivR 7.5(e), and with her approval as required by D.C.COLO.LCivR 40.1(a), this case should be transferred to Chief Judge Krieger by special assignment as a related case under D.C.COLO.LCivR 40.1(c)(4)(b).

2

**THEREFORE, IT IS ORDERED** that pursuant to D.C.COLO.LCivR 40.1(a). and (c)(4)(b), this case is **TRANSFERRED** to the Honorable Marcia S. Krieger, Chief United States District Judge.

Dated March 4, 2014, at Denver, Colorado.

                                              **BY THE COURT:**

                                              S/Michael E. Hegarty
                                              Michael E. Hegarty
                                              U.S. Magistrate Judge